

**DIRECTIVE 2021-051**

December 6, 2021

Re: CONSIDERATION OF A REQUEST BY EASTERN GATEWAY COMMUNITY COLLEGE TO CONTINUE TO REDUCE STANDARD TUITION RATES FOR STUDENTS PARTICIPATING IN THE UNION EDUCATION ACHIEVEMENT GRANT PROGRAM.

§375.30.30 of Am. Sub. H.B. 119 of the 127th General Assembly required any waiver of tuition for a student or class of students not otherwise permitted by law at a state-assisted institution of higher education be approved by the Chancellor of Higher Education (the "Chancellor"). On April 17, 2009, the Chancellor signed Directive 2009-011 establishing procedures for institutions to follow when requesting to waive standard tuition rates. Section §381.170 of Am. Sub. H.B. 110 of the 134th General Assembly continues this authority of the Chancellor for this biennium.

Pursuant to the continued authority in §381.170 of Am. Sub. H.B. 166 and Directive 2009-011, Eastern Gateway Community College ("EGCC") has requested for academic years 2021-2022 and 2022-2023, and any summer term that begins prior to June 30, 2023 to continue to reduce standard tuition for students participating in the Union Education Achievement Grant Program (the "Grant"). EGCC will first apply any state and federal financial aid dollars and employer tuition reimbursements. Remaining tuition costs will be waived as described below up to $3,500 per year for each eligible in-state student and up to $6,000 for each eligible out of state student.

EGCC has demonstrated the following:

- EGCC's Board of Trustees approved a resolution authorizing this tuition waiver at its meeting on March 31, 2021. A copy of the resolution is attached. The programs are described below.

    o Union Education Achievement Grant Program parameters and eligibility are as follows

    ▪ a list of eligible unions will be developed by EGCC's President and Chief Financial Officer. Eligibility will include union members in Ohio, members of national affiliates, whether public or private. A full list of unions and national affiliates that are eligible to participate will be listed on EGCC's website.

- EGCC has submitted a specific request to provide up to a $3,500.00/$6,000.00 tuition waiver for each student participating in either program in each of the two academic years covered by this request. Tuition will be waived as follows:

25 South Front Street
Columbus, Ohio 43215

phone 614.466.6000
fax 614.466.5866
web www.OhioHigherEd.org

EXHIBIT 2

- - o Up to $131 per credit hour of instructional and general fees will be waived for Jefferson County residents after other aid is applied first.
    - o Up to $136 per credit hour of instructional, general fees and out of county surcharge will be waived for Ohio residents* who are not residents of Jefferson County after other aid is applied first. These students will be charged an out of county surcharge of $1 per credit hour.
      - ▪ Standard tuition for these students is $137/credit hour minus $136 waived = $1/credit hour.
      
      *Ohio resident includes an out of state student participating in this program that is receiving the in-state tuition rate under a tuition reciprocity agreement entered into pursuant to section 3333.17 of the Revised Code.
    - o Up to $243 per credit hour of instructional, general fees and out of county and out of state surcharges will be waived for nonresident students after other aid is applied first. These students will be charged an out of county rate of $1 per credit hour and an out of state surcharge of $1 per credit hour.
      - ▪ Standard total tuition for these students is $245/credit hour minus $243 waived = $2/credit hour.
    - o Any increase in the out of state surcharge in any term or academic year will result in increasing the amount being waived by an equal amount such that the in-county, in-state students have the entire amount waived after other aid is applied first.  The out of county, in state student have only $1 out of county surcharge to pay after other aid is applied first, and the out of state students are assessed a $1 out of county surcharge and an additional $1 out of state surcharge after other aid is applied first.

- EGCC proposes that the duration of the waiver be academic years 2021-2022 and 2022-2023, and any summer term that begins prior to June 30, 2023.

- It is estimated that the proposed waiver will affect approximately 4,500 students each academic year.

- The goals of this tuition waiver are as follows:

  - o Provide in-seat and distance learning educational opportunities for Ohio working men and women and their families including correctional officers, firefighters, police officers, child care and other civil service workers.
  - o Increase student academic success and retention by eliminating any financial obstacles to success and working with state and local employers to create environments supportive of increased educational attainment.

EXHIBIT 2

- - In academic year 2018-2019, EGCC measured distance learning Ohio students receiving waivers to have a persistence rate of 73% and course completion rate of 78%. For our non-Ohio on-line students, the Spring student success percentage as measured by a grade of C or above was 76.9%. In academic year 2020-2021, the Ohio student persistence rate was 79.5% and course completion rate was 86.6% and for Non-Ohio students, persistence rate was 76.9% and 85.6% completions.

  - EGCC will measure the attainment of these goals by collecting data on academic success including completion, persistence and retention as well as career and salary advancement.

Agency staff reviewed the request and posted its recommendations to the ODHE website for the purpose of providing a public comment period before final approval by the Chancellor. No public comments were received.   JSF

Based upon my review of staff recommendations, I hereby determine the following:

A. The above reduction in standard tuition rates for students participating in the union education achievement grant program is fully approved for academic year 2021-2022; and

B. The above reduction in standard tuition rates for students participating in the union education achievement grant program is conditionally approved for academic year 2022-2023. Full approval is contingent on EGCC's satisfactory progress as it relates to the Higher Learning Commission's ("HLC") letter to EGCC dated November 8, 2021. If the Chancellor determines EGCC has not made satisfactory progress with HLC, the Chancellor will provide notice to EGCC regarding the discontinuance of the reduction in standard tuition for academic year 2022-2023, as detailed above.

The directive will take immediate effect.

*Randy Gardner*

Randy Gardner
Chancellor



# Resolution #2021 - 4

## Resolution to Approve Tuition Waiver for Ohio Public Service Union Education Achievement Grant program

**WHEREAS**, October 31, 2019, the Chancellor of the Ohio Department of Higher Education approved a continued biennium tuition waiver for Eastern Gateway Community College (the "College") free college benefit program, **the Ohio Public Service Union Education Achievement Grant (the "Achievement Grant"),** it established in conjunction with Ohio unions and their national affiliates to provide post-secondary degree opportunities for a diverse group of working men and women including policemen, firefighters, correctional service officers; whether public or private, including members of the area building trades unions to participate in the Achievement Grant. A full list of all Ohio unions and national affiliates who are eligible to participate will be listed on the College's website at www.egcc.edu; and

**WHEREAS,** the Achievement Grant leverages certain state and local government tuition reimbursement programs with federal Title IV Pell grants to insure that these opportunities can be afforded by all our citizens; and

**WHEREAS,** to continue and expand the Achievement Grant, the College needs to pursue a tuition waiver renewal from the Chancellor of the Ohio Department of Higher Education (ODHE) for this population to continue in the Achievement Grant program in its current form for the new State of Ohio biennium beginning July 1, 2021; and

**NOW, THEREFORE BE IT RESOLVED** that the Board of Trustees of Eastern Gateway Community College (the "Board") authorizes the College's Vice President for Academic Affairs and Deputy Chief Financial Officer to establish the guidelines and financial parameters for eligibility and participation the Achievement Grant; and

**BE IT FURTHER RESOLVED,** to cover the cost of the tuition assistance portion of the Achievement Grant, the Board authorizes the College President to request the following tuition waivers from the Chancellor of the Ohio Department Higher Education effective for the State of Ohio FY22-23 Biennium.

- **$131 per credit hour will be waived for eligible students who are residents of Jefferson County. This is a complete waiver of tuition (instructional and general fees)**

- **$136 per credit hour will be waived for eligible students who are Ohio residents but not Jefferson County residents. These students will be charged $1 per credit hour.**

- **$243 per credit hour will be waived for eligible students who are not Ohio residents. These students will be charged $2 per credit hour.**

EXHIBIT 2

- The maximum waiver will be $3,250 per student per academic year for a projected 4.500 students.

Moved: Mr. Meredith
Second: Ms. LaGuardia

Roll Call: Maiorano, Meredith, LaGuardia, Dennison, Coy, Gasior

Ayes: 6
Nays: 0
Abstain: 0
Carried: Yes

_____
Chair, James Gasior

_____
3-31-2021
Date

_____
Angela Mastros, Secretary of the Board

_____
Date

EXHIBIT 2

- The maximum waiver will be $3,250 per student per academic year for a projected 4.500 students.

Moved: Mr. Meredith
Second: Ms. LaGuardia

Roll Call: Maiorano, Meredith, LaGuardia, Dennison, Coy, Gasior

Ayes: 6
Nays: 0
Abstain: 0
Carried: Yes

Chair, James Gasior

Angela Mastros, Secretary of the Board

Date

3/31/21
Date

EXHIBIT 2