**From:** Early, Jeremy <Jeremy.Early@ed.gov>
**Sent:** Friday, July 29, 2022 2:15 PM
**To:** Michael Geoghegan <MGeoghegan@egcc.edu>
**Cc:** Kurt Pawlak <KPawlak@egcc.edu>; Orofino, Leslie <leslie.orofino@ed.gov>
**Subject:** Spring/Summer students not yet enrolled for Fall 2022

Mr. Geoghegan-

The Department has received questions regarding students who had been attending the Free Benefit Program at Eastern Gateway Community College for the Spring and/or Summer sessions, but had not registered for classes by the date of the cease-and-desist letter (July 18, 2022). This email is to confirm that these students may receive Title IV aid for the Fall 2022 semester.

The Department continues to review the questions submitted on July 27 and will respond as soon as we can.

Thank you,

Jeremy Early, Ed.D.
Division Chief
Chicago/Denver School Participation Division
Partner Participation and Oversight
U.S. Department of Education, Federal Student Aid
230 South Dearborn Street
Chicago, IL  60604
312-730-1529 (office)
202-227-0469 (cell)
Jeremy.Early@ed.gov
StudentAid.gov



EXHIBIT 5