

August 10, 2022

Michael Geoghegan  
President  
Eastern Gateway Community College  
4000 Sunset Boulevard  
Steubenville, OH 43952-3598

Sent via Email  
mgeoghegan@egcc.edu

Re:  Request for Teach-Out Agreement  
OPE ID:  00727500  
DUNS Number: 072160633  
UEI:   F5WDD45CME36

Dear President Geoghegan:

As part of its oversight responsibilities, the Department seeks to ensure that student beneficiaries are protected, to the extent possible, when issues arise with respect to an institution's administration of Title IV of the Higher Education Act of 1965, as amended.  In light of the on-going issues regarding funding of the Free College Benefit Program, the Department's transfer of Eastern Gateway Community College (EGCC) to the Heightened Cash Monitoring 2 (HCM2) method of payment, and the probation action initiated by the institution's accreditor, Higher Learning Commission (HLC), the Department believes it is in the best interests of students for EGCC to enter into a teach-out agreement with an institution or institutions to assist students if they are unable to finish their programs of study.  The Department recognizes that HLC has required the institution to submit a teach-out plan, however, based on the actions that have been taken a teach-out agreement will provide more security for students currently attending the institution.

Please provide a teach-out agreement to me within 30 days of the date of this letter.

Sincerely,

*Digitally signed by Jeremy Early*  
*Date: 2022.08.10 15:35:15 -05'00'*

Jeremy Early, Ed.D.  
Division Chief  
Chicago/Denver School Participation Division

cc:     Kurt Pawlak, Associate Vice President of Financial Aid



School Participation Division - Chicago/Denver  
230 South Dearborn, Room 3922, Chicago, IL 60604  
StudentAid.gov

EXHIBIT 8