IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| EASTERN GATEWAY COMMUNITY COLLEGE, | ) ) ) | |
| *Plaintiff*, | ) ) ) | CASE NO. 2:22-cv-03326-JLG-EPD |
| v. | ) ) | |
| MIGUEL CARDONA, et al., | ) ) ) | |
| *Defendants*. | ) | |

**PLAINTIFF'S MOTION FOR TELEPHONE STATUS CONFERENCE**

In light of the cancellation of the preliminary injunction hearing previously scheduled for October 11, 2022 as a result of the Order of Recusal (ECF No. 32), Plaintiff Eastern Gateway Community College ("EGCC") respectfully requests an urgent telephone status conference with the Court to discuss rescheduling the preliminary injunction hearing at the earliest possible date.

Time is of the essence on EGCC's request for injunctive relief, which has been fully briefed by the parties. Defendants' Cease-and-Desist Letter, which EGCC seeks to enjoin, prohibits EGCC from enrolling students in its Free College Benefit Program (the "Program") after July 18, 2022. While students who were enrolled in the Fall Semester prior to July 18, 2022 were permitted to attend classes this Fall Semester (Aug. – Dec.), the Cease-and-Desist Letter – by its express terms – will prohibit all students from enrolling in Spring Semester (Jan. – May), *even students currently enrolled and taking classes*.

Enrollment for Spring Semester would have normally opened at the beginning of October but has been indefinitely delayed. EGCC needs a ruling on its Motion for Preliminary Injunction so it can communicate to its students and faculty whether they will be able to continue their education and employment in January. As such, EGCC respectfully requests an urgent telephone

status conference with the Court to discuss rescheduling the preliminary injunction hearing at the earliest possible date.

    Respectfully submitted,

    */s/ Adam D. Fuller*
    Justin M. Alaburda (#0082139)
    Victoria L. Ferrise (#0085012)
    Adam D. Fuller (#0076431)
    BRENNAN, MANNA & DIAMOND, LLC
    75 East Market Street
    Akron, OH 44308
    Ph: (330) 253-5060 / Fax: (330) 253-1977
    jmalaburda@bmdllc.com
    vlferrise@bmdllc.com
    adfuller@bmdllc.com

    Marlon A. Primes (#0043982)
    Abigail E. Peabody (#0099804)
    BRENNAN, MANNA & DIAMOND, LLC
    200 Public Square
    Huntington Building, Suite 3270
    Cleveland, OH 44114
    Ph: (216) 658-2155 / Fax: (216) 658-2156
    maprimes@bmdllc.com
    aepeabody@bmdllc.com

    Bonnie Little Graham (PHV pending)
    Madelaine Cleghorn (PHV pending)
    Brustein & Manasevit, PLLC
    1023 15th Street NW, Suite 500
    Washington, DC 20005
    Ph: (202) 965-3652 / Fax: (202) 965-8913
    bgraham@bruman.com
    mcleghorn@bruman.com

    ***Special Counsel for Plaintiff Eastern Gateway Community College***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2022, a copy of the forgoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Adam D. Fuller*
Adam D. Fuller (#0076431)

4855-3823-1864, v. 1