United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

**Eastern Gateway Community College**

-vs-  Case No. 2:22-cv-3326

**MIGUEL CARDONA, et al.,**

COURTROOM MINUTES
Hearing

| U.S. District Judge James L. Graham | | Date:   October 21, 2022 @ 9:00 a.m. – 9:50 a.m. | |
|---|---|---|---|
| **Deputy Clerk** | Denise Shane | **Counsel for Govt:** | |
| **Court Reporter** | Allison Kimmell | **Counsel for Deft(s):** | |
| **Interpreter** | | **Pretrial/Probation:** | |
| **Log In** | n/a | **Log Out** | n/a |

Madelaine Cleghorn, Bonnie Little Graham
Alexander N. Ely
Counsel present for both parties
Oral arguments made by both parties
Court to take matter under advisement and return an opinion forthwith.