# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **Eastern Gateway Community College**, | Case No: 2:22-cv-3326 |
| Plaintiff, | Judge Graham |
| v. | Magistrate Judge Deavers |
| **Miguel Cardona, et al.**, | |
| Defendants. | |

## ORDER

On January 20, 2023, this Court granted the parties' joint motion to stay all deadlines (ECF No. 45) in hopes that the parties could reach a settlement. (ECF No. 46.) The Court also ordered the parties to submit a joint status update. (ECF No. 47.) In the status update, the parties report they have been unable to reach a settlement agreement, and both parties express their intention to brief dispositive motions for the Court's consideration.

The court believes the parties should have the opportunity to brief these matters so the Court can fully consider each position. The stay on this case is lifted so the parties can file their motions as described in the status report. As the nature of the suit has changed, Defendants' pending Motion to Dismiss (ECF No. 19) is denied as moot and the Court grants Defendants leave to file a new Motion to Dismiss. The pretrial conference and Defendants' deadline to file an Answer are continued until after the Court's ruling on the abovementioned motions. Finally, the parties shall promptly submit a copy of the Preliminary Program Review Report to the Court.

**IT IS SO ORDERED**.

*s/ James L. Graham*
JAMES L. GRAHAM
DATE: May 10, 2023 — United States District Judge