IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **EASTERN GATEWAY COMMUNITY COLLEGE,** | ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) CASE NO. 2:22-cv-03326-JLG-EPD ) |
| **MIGUEL CARDONA**, et al., | ) ) |
| *Defendants*. | ) ) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Eastern Gateway Community College ("EGCC") hereby dismisses its Complaint for Injunctive Relief and Damages, filed September 2, 2022, without prejudice, against Defendants Miguel Cardona, in his official capacity as the United States Secretary of Education, and the United States Department of Education ("Defendants").

EGCC voluntarily dismisses its Complaint pursuant to a preliminary and tentative settlement agreement with Defendants but reserves all rights.

Respectfully submitted,

*/s/ Adam D. Fuller*
Justin M. Alaburda (#0082139)
Victoria L. Ferrise (#0085012)
Adam D. Fuller (#0076431)
BRENNAN, MANNA & DIAMOND, LLC
75 East Market Street
Akron, OH 44308
Ph: (330) 253-5060 / Fax: (330) 253-1977
jmalaburda@bmdllc.com
vlferrise@bmdllc.com
adfuller@bmdllc.com

        Marlon A. Primes (#0043982)
        Abigail E. Peabody (#0099804)
        BRENNAN, MANNA & DIAMOND, LLC
        200 Public Square
        Huntington Building, Suite 3270
        Cleveland, OH 44114
        Ph: (216) 658-2155 / Fax: (216) 658-2156
        maprimes@bmdllc.com
        aepeabody@bmdllc.com

        Bonnie Little Graham (admitted PHV)
        Madelaine Cleghorn (admitted PHV)
        The Bruman Group, PLLC
        1023 15th Street NW, Suite 500
        Washington, DC 20005
        Ph: (202) 965-3652 / Fax: (202) 965-8913
        bgraham@bruman.com
        mcleghorn@bruman.com

        *Special Counsel for Plaintiff Eastern Gateway Community College*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served in compliance with Rule 5 of the Federal Rules of Civil Procedure. Parties may access this filing through the Court's system.

        */s/ Adam D. Fuller*
        Adam D. Fuller (#0076431)

4858-5826-1364, v. 1